[No. 9118-0-III. Division Three. April 25, 1989.]

*In the Matter of the Personal Restraint of*
TIMOTHY PAUL CURTIS, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 11155-1-II. Division Two. April 26, 1989.]

VANCOUVER MALL, ET AL, *Respondents,* v. ROBERT E. MARTIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-2-02015-5, J. Dean Morgan, J., entered June 9, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 11136-5-II. Division Two. April 26, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY LEE MATHES, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 86-1-00074-7, James B. Sawyer II, J., entered June 15, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 8215-6-III. Division Three. April 27, 1989.]

KENNETH B. SCHILLER, ET AL, *Appellants,* v. RICHARD H. WEBB, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-2-00107-6, Howard Hettinger, J., entered September 30, 1986. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.